1  CHRISTOPHER W. MILLER, ESQ. (SBN: 166348)
   WILL M. YAMADA, ESQ. (SBN: 226669)
2  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
3  *A Professional Corporation*
   1912 I Street, Suite 102
4  Sacramento, California  95814
   Telephone:  (916) 446-4692

6  Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA

11 SUGAR WORKERS UNION LOCAL NO. 1;   ) CASE NO.: C 06 2076
                                      )
12              Plaintiffs,            )
                                      ) **REQUEST AND ORDER FOR DISMISSAL**
13                                    )
   v.                                 )
14                                    )
                                      )
15 C & H SUGAR COMPANY,               )
                                      )
16              Defendant.            )
                                      )
17                                    )
                                      )
18 _____    )
                                      )

20     Plaintiffs SUGAR WORKERS UNION LOCAL NO. 1 requests the case SUGAR WORKERS

21 UNION LOCAL NO. 1 v. C & H SUGAR COMPANY, USDC Case No. C 06 2076, be dismissed

22 without prejudice.

23                                     Respectfully submitted,

24 Dated:  March 22, 2006              **MASTAGNI, HOLSTEDT, AMICK,**
                                       **MILLER, JOHNSEN & UHRHAMMER**

26                                       /s/ Will M. Yamada
                                       WILL M. YAMADA

---

REQUEST AND ORDER FOR DISMISSAL                                    SUGAR WORKERS v. C & H SUGAR
COMPANY
                                                                   CASE NO. C 06 2076

1  Attorney for Plaintiffs

2

3  **[PROPOSED] ORDER**

4  GOOD CAUSE being shown herein for dismissal of the above-titled action without prejudice,

5  IT IS HEREBY ORDERED the case of SUGAR WORKERS UNION LOCAL NO. 1 v. C & H SUGAR

6  COMPANY, USDC Case No.C 06 2076 be dismissed without prejudice.

7  Date: 03/23/06

8  _____
   UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*

REQUEST AND ORDER FOR DISMISSAL                    SUGAR WORKERS v. C & H SUGAR
COMPANY
                                                   CASE NO. C 06 2076
2